United States District Court
Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    LINDA JACKSON, et al.,                     Case No. 15-cv-04419-JSC

8              Plaintiffs,

9         v.                                    **PRETRIAL ORDER NO. 1**

10   SAFEWAY, INC.,

11             Defendant.

12

13        The Court is in receipt of the parties' competing case schedules. (Dkt. No. 46.)  The Court

14   ORDERS the following schedule:

15        Deadline to move to amend the complaint:          June 23, 2016

16        Deadline to file motion for class certification:  July 6, 2017

17        Deadline to file opposition to certification:      July 27, 2017

18        Deadline to file reply in support of certification: August 10, 2017

19        Oral argument on class certification motion:       August 24, 2017

20        Initial expert designation:                        September 30, 2017

21        Fact discovery cut off:                            December 1, 2017

22        Discovery is open without limitations.  The Court cannot address whether discovery should

23   be phased without having an in-person discussion with the parties.  Further, if Defendant wants the

24   Court to consider phasing discovery, it needs to commit to making an early motion for summary

25   judgment on a particular issue(s) and needs to identify what discovery it believes should go

26   forward and what discovery should be delayed.  And, Defendant needs to be prepared to move for

27   summary judgment as soon as possible—Defendant's statement regarding its proposed schedule

28   does not explain why it needs until October 2016 to file its proposed motion.

1      Accordingly, the case management conference previously scheduled for July 23, 2016 is

2  moved up to June 16, 2016 at 1:30 p.m.  On or before June 2, 2016, Defendant shall provide to

3  Plaintiff its specific proposal, including the issue(s) on which it intends to move for summary

4  judgment, when it will so move, and the discovery it believes can be forestalled until after the

5  Court rules on the motion.  On or before June 9, 2016, the parties shall file their updated case

6  management conference statement.  The statement need only address these issues.

7      **IT IS SO ORDERED.**

8  Dated: May 16, 2016

9

10  _____

JACQUELINE SCOTT CORLEY

11  United States Magistrate Judge

United States District Court
Northern District of California

2