1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    LINDA JACKSON, et al.,                Case No.  15-cv-04419-JSC

8                    Plaintiffs,
                                           **CASE MANAGEMENT ORDER**
9         v.
                                           Re: Dkt. No. 49
10   SAFEWAY, INC.,

11                   Defendant.

12

13          The parties submitted their Further Joint Case Management Statement on Limited Issues

14   (Dkt. No. 49[1]) on June 9, 2016, and appeared before the Court for a further case management

15   conference on June 16, 2016.  As set forth in the joint submission, the parties have agreed to the

16   issues on which Defendant will move for early summary judgment.  (*Id.* at 2.)  At the conference,

17   Plaintiff's counsel indicated that Plaintiff will be available for deposition in July; Defendant is not

18   required to depose Plaintiff as to any issues outside of those for which it seeks early summary

19   judgment.  However, should Plaintiff be deposed a second time in this case, the seven-hour time

20   limit for depositions shall apply (*see* Fed. R. Civ. P. 30(d)(1)), and Defendant shall accommodate

21   Plaintiff's schedule such that she will not be required to miss work or take any vacation days to

22   attend deposition.

23          Defendant will file its motion for early summary judgment by July 21, 2016.  Accordingly,

24   the Court sets forth the following briefing and hearing schedule for Defendant's motion:

25          Defendant's opening brief:                    July 21, 2016

26          Plaintiff's opposition brief:                 August 4, 2016

27   _____

28   [1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the
     ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California

1  Defendant's reply brief:                                    August 11, 2016

2  Hearing on motion for summary judgment:          August 25, 2016 at 9:00 a.m.

3  **IT IS SO ORDERED.**

4  Dated: June 17, 2016

5

6

7  JACQUELINE SCOTT CORLEY
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28