FILED

APR 7 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDA JACKSON,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>      Defendant-Appellee. | No.   16-17209<br><br>D.C. No. 3:15-cv-04419-JSC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the parties' dismissal agreement (Docket Entry 9), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation